1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN FRANCISCO DIVISION
12
   ANDREW JOHNSON,                              )
13                                              )  No. C 06-5388 MMC
                    Plaintiff,                  )
14                                              )
           v.                                   )
15                                              )  **STIPULATION TO DISMISS; AND**
   Michael Chertoff, in his Official Capacity,  )  **ORDER**
16 Secretary, United States Department of Homeland)
   Security; Alberto Gonzales, in his Official  )
17 Capacity, Attorney General , U.S. Department of )
   Justice; David Still, in his Official Capacity, )
18 District Director, U.S. Citizenship and      )
   Immigration Services; Emilio Gonzalez, in his )
19 Official Capacity, Director, Bureau of       )
   Citizenship and Immigration Services,        )
20                                              )
                    Defendants.                 )
21                                              )

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24 the adjudication of Plaintiff's adjustment of status application (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stip. to Dismiss
C06-5388 MMC                                    1

Dated: November 30, 2006                Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: November 30, 2006                _____/s/_____
SHEILA QUINLAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  November 30, 2006                *[signature]*
MAXINE M. CHESNEY
United States District Judge

Stip. to Dismiss
C06-5388 MMC                                2